BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>         Plaintiff,             )<br>                                )<br>     v.                         )<br>                                )<br>JONATHAN JERALD CZUBASZEWSKI,   )<br>                                )<br>         Defendant.             )<br>_____) | D.C. NO. 2-11-CR-0125 FCD<br><br>APPLICATION AND ORDER<br>FOR UNSEALING INDICTMENT |

On March 17, 2011, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment be unsealed.

DATED: March 21, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         By:/s/ Kyle F. Reardon
                                            KYLE F. REARDON
                                            Assistant U.S. Attorney

                                         ORDER
SO ORDERED:
                                         /s/ Gregory G. Hollows
DATED: March 21, 2011                    _____
                                         HON. GREGORY G. HOLLOWS
                                         U.S. Magistrate Judge

1