DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN CZUBASZEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-11-0125-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JONATHAN CZUBASZEWSKI | ) | Date:  May 23, 2011 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| | ) | |
| _____ | ) | |

The parties request that the status conference in this case be continued from April 18, 2011, to May 23, 2011 at 10:00 a.m.  They stipulate that the time between April 18, 2011 and May 23, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs time to review discovery with the defendant, and to continue investigating the facts of the case. The parties stipulate and agree that the interests of justice served by

1  granting this continuance outweigh the best interests of the public and
2  the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

3  Dated: April 14, 2011                Respectfully submitted,

4                                       DANIEL BRODERICK
                                        Federal Defender

6                                       /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
7                                       Assistant Federal Defender
                                        Attorney for Defendant
8                                       JONATHAN CZUBASZEWSKI

9  Dated: April 14, 2011                BENJAMIN B. WAGNER
10                                      United States Attorney

12                                      /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney

14                                    **ORDER**

15     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
16  ordered that the status conference presently set for April 18, 2011, be
17  continued to May 23, 2011, at 10:00 a.m.  Based on the representation of
18  counsel and good cause appearing therefrom, the Court hereby finds that
19  the ends of justice to be served by granting a continuance outweigh the
20  best interests of the public and the defendant in a speedy trial.  It is
21  ordered that time from the date of this Order, to and including, the May
22  23, 2011, status conference shall be excluded from computation of time
23  within which the trial of this matter must be commenced under the Speedy
24  Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

26  Dated: April 14, 2011

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

Stip and Order                        -2-