DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN CZUBASZEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.  CR. S-11-0125-FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| JONATHAN CZUBASZEWSKI | ) Date:  July 11, 2011 |
|  | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |

The parties request that the status conference in this case be continued from June 13, 2011 to July 11, 2011 at 10:00 a.m. They stipulate that the time between June 13, 2011 and July 11, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs time to review discovery with the defendant, to continue investigating the facts of the case and to negotiate a resolution to this matter. The parties stipulate and agree

1 that the interests of justice served by granting this continuance
2 outweigh the best interests of the public and the defendant in a speedy
3 trial.  18 U.S.C. §(7)(B)(iv).

4 Dated: June 10, 2011                    Respectfully submitted,

5                                         DANIEL BRODERICK
                                          Federal Defender
6

7                                         /s/ Douglas Beevers
                                          DOUGLAS BEEVERS
8                                         Assistant Federal Defender
                                          Attorney for Defendant
9                                         JONATHAN CZUBASZEWSKI

10
Dated: June 10, 2011                      BENJAMIN B. WAGNER
11                                        United States Attorney

12
                                          /s/ Kyle Reardon
13                                        KYLE REARDON
                                          Assistant U.S. Attorney
14

15                                **ORDER**

16     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17 ordered that the status conference presently set for June 13, 2011 be
18 continued to July 11, 2011, at 10:00 a.m.  Based on the representation of
19 counsel and good cause appearing therefrom, the Court hereby finds that
20 the ends of justice to be served by granting a continuance outweigh the
21 best interests of the public and the defendant in a speedy trial.  It is
22 ordered that time from the date of this Order, to and including, the July
23 11, 2011, status conference shall be excluded from computation of time
24 within which the trial of this matter must be commenced under the Speedy
25 Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.
26 Dated:  June 10, 2011
27
28                                        _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE

Stip and Order                    -2-