DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN CZUBASZEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR-S-11-0125-FCD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JONATHAN CZUBASZEWSKI | Date:  August 15, 2011 Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Frank C. Damrell, Jr. |

The parties request that the status conference in this case be continued from July 11, 2011 to August 15, 2011 at 10:00 a.m.  They stipulate that the time between July 11, 2011 and August 15, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  Defense counsel needs time to continue investigating the facts of the case and to negotiate a resolution to this matter. Additionally, defense counsel is scheduled to be out of the office on July 11, 2011. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

Dated: July 8, 2011                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

1

2                                      /s/ Douglas Beevers
                                       DOUGLAS BEEVERS
3                                      Assistant Federal Defender
                                       Attorney for Defendant
4                                      JONATHAN CZUBASZEWSKI

5

Dated: July 8, 2011               BENJAMIN B. WAGNER
6                                      United States Attorney

7

             /s/ Kyle Reardon
8                                 KYLE REARDON
                                  Assistant U.S. Attorney
9

10                                    **ORDER**

11      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status

12  conference presently set for July 11, 2011 be continued to August 15, 2011, at 10:00 a.m.  Based on the

13  representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice

14  to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy

15  trial.  It is ordered that time from the date of this Order, to and including, the August 15, 2011, status

16  conference shall be excluded from computation of time within which the trial of this matter must be

17  commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

18  Dated:  July 8, 2011

19

20

21                                                                      _____
                                  FRANK C. DAMRELL, JR.
22                                UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stip and Order                    -2-